UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

Pavel Borisovich Kurbatov,

*Petitioner-Plaintiff,*

v.

LEONARD ODDO, in his official capacity as the Facility Administrator of the Moshannon Valley Processing Center; BRIAN MCSHANE, in his official capacity as acting Philadelphia Field Office Director for U.S. Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Acting Director U.S. Immigrations and Customs Enforcement; and KRISTI NOEM, in her official capacity as U.S. Secretary of Homeland Security; U.S. Department of Homeland Security; U.S. Immigrations and Customs Enforcement.

*Respondents-Defendants.*

Civil Action No. 3:25-cv-00175

**STIPULATED VOLUNTARY WITHDRAWL OF WRIT OF HABEAS PETITION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that the above-captioned action is voluntarily dismissed, without prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: September 24, 2025

TROY RIVETTI
Acting United States Attorney

/S/MICHAEL L. IVORY
MICHAEL L. IVORY (PA ID 59296) Assistant U.S. Attorney
Western District of PA
Joseph F. Weis, Jr., U.S. Courthouse 700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 644-3500
Fax: (412) 644-6995

Counsel for Respondents

/s/ JODI ZIESEMER
Jodi Ziesemer
New York Legal Assistance Group (NYLAG)
100 Pearl Street, 19th Floor
New York, NY 10004
jziesemer@nylag.org
Pro Bono Counsel for Petitioner

AND NOW, this 29th day of September, 2025, IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE